Timothy L. BILIOURIS; Anne M. Bullock; Brian Bullock; Robert Bullock; Randy Cough; et al, Plaintiffs–Appellees

v.

SUNDANCE RESOURCES, INCORPORATED; Michael Patman; David P. Patman, Defendants–Appellants.

Timothy L. Biliouris; Anne M. Bullock; Brian Bullock; Robert Bullock; Randy Cough; et al., Plaintiffs–Appellees

v.

Michael Patman; David P. Patman, Defendants–Appellants.

Nos. 10–10940, 11–10283.

United States Court of Appeals, Fifth Circuit.

May 3, 2012.

Robert Brian Shields, Michael D. Donohue, Esq., Friedman & Feiger, L.L.P., Dallas, TX, for Plaintiffs–Appellees.

Alan B. Rich, Law Office of Alan B. Rich, Dallas, TX, for Defendants–Appellants.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: \*

AFFIRMED. *See* 5TH CIR. R. 47.6.[1]

